B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–42811**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel E Valentine
   dba Camelot Computer Enterprises
   607 Ascot Ln
   Streamwood, IL 60107

Social Security / Individual Taxpayer ID No.:
   xxx−xx−1994

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                              FOR THE COURT

Dated: <u>January 25, 2011</u>                         <u>Kenneth S. Gardner, Clerk</u>
                                                                     United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vrowe                  Page 1 of 3                   Date Rcvd: Jan 25, 2011
Case: 10-42811                 Form ID: b18                 Total Noticed: 100

The following entities were noticed by first class mail on Jan 27, 2011.
db           +Daniel E Valentine,    607 Ascot Ln,    Streamwood, IL 60107-6883
aty          +Joseph Wrobel,    Joseph Wrobel, Ltd,    105 W Madison,    Suite 700,    Chicago, IL 60602-4669
16180970     +1-800-Board Up,    16525 W 159th St,    Ste 117,    Lockport, IL 60441-7900
16180980     +AT&T,    PO Box 1827,    Alpharetta, GA 30023-1827
16180971     +Academy Collection Service Inc,    10965 Decatur Rd,    Philadelphia, PA 19154-3210
16180972     +Advanced Call Center Technologies,    PO Box 8457,    Johnson City, TN 37615-0457
16180976     +Allied Interstate,    PO Box 361477,    Columbus, OH 43236-1477
16180977     +American Community Management Inc.,    1908 Wright Blvd.,    Schaumburg, IL 60193-4587
16180981     +Bakal Dermatology Assoc SC,    1585 Barrington Rd,    #605,    Schaumburg, IL 60169-5020
16180983     +Bitt & Gaines PC,    661 Glenn Ave,    Wheeling, IL 60090-6017
16180984      Blatt Hasenmiller Liebsker & Moore,    125 S. Wacker Drive Suite 400,    Chicago, IL 60606-4440
16180987     +CB Accounts Inc,    114 State St,    Ste 3C,    Peoria, IL 61602-5157
16180989     +CCB Credit Services,    PO Box 272,    Springfield, IL 62705-0272
16181005     +CU Recovery Inc,    26263 Forest Blvd,    Wyoming, MN 55092-8033
16557930      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
                Oklahoma City, OK  73124-8839
16180990     +Central DuPage Hospital,    25 Winfield Rd,    Winfield, IL 60190-1295
16556323     +Central Dupage Hospital,    C/O H & R Accounts,    PO Box 672,    Moline, IL 61266-0672
16180993     +Citibank NA,    1000 Technology Dr,    O Fallon, MO 63368-2239
16180997     +Codilis & Associates, PC,    15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
16180999     +Collection Company of America,    700 Longwater Dr,    Norwell, MA 02061-1796
16181000      Comcast Cable,    508 W Route 120,    McHenry, IL 60050
16181001     +Corporate Collections Services Inc,    PO Box 22630,    Beachwood, OH 44122-0630
16181007     +Dian Valentine,    1212 Blue Ridge Ave,    Rockford, IL 61101-2405
16181008     +DirecTV,    PO Box 9001068,    Louisville, KY 40290-1068
16181012     +ER Solutions INC,    800 SW 39th St,    PO Box 9004,    Renton, WA 98057-9004
16181010     +Encore Receivable Management Inc,    400 Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
16181011     +Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16181013     +Financial Asset Management Systems,    PO Box 451409,    Atlanta, GA 31145-9409
16181014     +Freedman Anselmo Lindberg & Rappe,    1807 W Diehl Rd  Ste 333,    PO Box 3228,
                Naperville, IL 60566-3228
16181016     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
16181019     +GTE Mobilnet,    6917 State St,    Rockford, IL 61108-2692
16181020     +H & R Accounts Inc,    360 Miller Rd,    Hiawatha, IA 52233-2364
16181022     +IC System Inc,    444 Highway 96 East,    PO Box 64887,    Saint Paul, MN 55164-0887
16181023    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Springfield, IL 62726)
16571400      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
16181024     +Illinois Department of Revenue,    PO Box 19034,    Springfield, IL 62794-9034
16181025     +Infinity Group Receivables,    3175 Satellite Blvd,    Bldg 600 Ste 340,    Duluth, GA 30096-9042
16181026     +Integrity Financial Partners Inc,    4370 109th St,    Ste 100,    Leawood, KS 66211-1316
16181027     +JH Stroger Jr Hospital Cook County,    1900 Polk St,    Ste G-9,    Chicago, IL 60612-3723
16181028     +Leading Edge Recovery Solutions LLC,    5440 Cumberland Ave,    Ste 300,    Chicago, IL 60656-1486
16181029     +Linebarger Goggan Blair & Sampson,    PO Box 06268,    Chicago, IL 60606-0268
16181034     +MRS Associated Inc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
16181031     +Merchants Credit Guide Co,    223 Jackson Blvd,    #900,    Chicago, IL 60606-6993
16181033     +Miramed Revenue Group,    991 Oak Creek Dr,    Lombard, IL 60148-6408
16181039     +NCO Financial Systems Inc,    507 Prudential Rd,    Horsham, PA 19044-2368
16181038     +NCO Financial Systems Inc,    4740 Baxter Rd,    Virginia Beach, VA 23462-4484
16181035     +National Action Financial Services,    PO Box 9027,    Buffalo, NY 14231-9027
16181037     +Nationwide Credit Inc,    4700 Vestal Pkwy E,    Vestal, NY 13850-4750
16181040     +Nelson Watson & Assoc LLC,    80 Merrimack St,    Lower Level,    Haverhill, MA 01830-5211
16181041     +Northstar Location Services LLC,    4285 Genesee St,    Buffalo, NY 14225-1943
16181042     +Northwest Community Hospital,    800 Central Rd,    Arlington Heights, IL 60005-2392
16181043     +Orkin Inc,    2260 Cornell Ave,    Aurora, IL 60506-6628
16181045     +PFG of Minnesota,    7825 Washington Ave S,    Ste 310,    Minneapolis, MN 55439-2424
16181044     +Pellettieri & Associates LTD,    PO Box 536,    Linden, MI 48451-0536
16181050     +RPM Inc,    PO Box 598148,    Chicago, IL 60659-8148
16181048     +Rockford Bell Credit Union,    702 Jefferson St,    Rockford, IL 61107-4095
16181049     +Rollins Service Bureau,    PO Box 13230,    Atlanta, GA 30324-0230
16181051     +Sentry Credit Inc,    PO Box 12070,    Everett, WA 98206-2070
16181052     +Simm Associates Inc,    800 Pencader Dr,    Newark, DE 19702-3354
16181053     +Sunrise Credit Services Inc,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
16181054     +Tiburon Financial LLC,    PO Box 770,    Boys Town, NE 68010-0770
16181058     +US Cellular Corp,    PO Box 7835,    Madison, WI 53707-7835
16181056     +United Collections Bureau Inc,    5620 Southwyck Blvd,    Ste 206,    Toledo, OH 43614-1501
16181063     +Wide Open West,    PO Box 49309,    Colorado Springs, CO 80949-9309
16181064     +Winnebago County Schools Credit Uni,    4563 Hydraulic Rd,    Rockford, IL 61109-2613

The following entities were noticed by electronic transmission on Jan 25, 2011.
tr           +EDI: QRRPETERSON.COM Jan 25 2011 20:03:00      Ronald R Peterson,    Jenner & Block LLP,
                353 N. Clark Street,    Chicago, IL 60654-5474
16180973      EDI: MERRICKBANK.COM Jan 25 2011 19:58:00      Advanta,    PO Box 8088,    Philadelphia, PA 19101
16180974     +EDI: AFNIRECOVERY.COM Jan 25 2011 20:03:00      AFNI Inc,    404 Brock Dr,    PO Box 3517,
                Bloomington, IL 61702-3517
16180978      EDI: ARSN.COM Jan 25 2011 20:04:00      ARS National Services Inc,    PO Box 463023,
                Escondido, CA 92046-3023
16180975     +EDI: ALLIANCEONE.COM Jan 25 2011 20:03:00      Alliance One Receivables Mgmt,    4850 Street Rd,
                Ste 300,    Feasterville Trevose, PA 19053-6643
16180979     +EDI: ACCE.COM Jan 25 2011 20:03:00      Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
16180982     +EDI: BANKAMER2.COM Jan 25 2011 20:03:00      Bank of America,    PO Box 15726,
                Wilmington, DE 19886-5726
```

```
District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: Jan 25, 2011
Case: 10-42811                Form ID: b18             Total Noticed: 100


The following entities were noticed by electronic transmission (continued)
16180988     +EDI: CBCSI.COM Jan 25 2011 20:03:00       CBCS,    PO Box 69,    Columbus, OH 43216-0069
16181060      EDI: CHASE.COM Jan 25 2011 20:03:00       Washington Mutual Card Services,    PO Box 660433,
               Dallas, TX 75266
16180985     +E-mail/Text: jraichel@cms-collect.com                             Capital Management Services LP,
               726 Exchange St,    Ste 700,    Buffalo, NY 14210-1464
16180986     +EDI: CAPITALONE.COM Jan 25 2011 20:03:00       Capital One,    PO Box 6492,
               Carol Stream, IL 60197-6492
16660592      EDI: RECOVERYCORP.COM Jan 25 2011 20:03:00       Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
16180991     +E-mail/Text: CSINC@TDS.NET                           Certified Services Inc,    1733 Washington St,
               201,    Waukegan, IL 60085-5179
16507117      EDI: CHASE.COM Jan 25 2011 20:03:00       Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
16180992     +EDI: CHASE.COM Jan 25 2011 20:03:00       Chase Card Services,    PO Box 15298,
               Wilmington, DE 19850-5298
16180994     +EDI: CITICORP.COM Jan 25 2011 20:03:00       Citibank NA,    Box 6000,    The Lakes, NV 89163-0001
16180996     +EDI: CIAC.COM Jan 25 2011 20:03:00       Citimortgage,    PO Box 9438,    Dept 0251,
               Gaithersburg, MD 20898-9438
16180998     +EDI: COLLECTCORP.COM Jan 25 2011 20:03:00       Collectcorp Corp,    455 North 3rd St,    Ste 260,
               Phoenix, AZ 85004-0630
16181003     +EDI: CMIGROUP.COM Jan 25 2011 19:58:00       Credit Management LP,    4200 International Pkwy,
               Carrollton, TX 75007-1912
16181004     +EDI: CREDPROT.COM Jan 25 2011 20:03:00       Credit Protection Association LP,    13355 Noel Rd,
               Dallas, TX 75240-6602
16181009      EDI: DISCOVER.COM Jan 25 2011 20:03:00       Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850
16472714      EDI: DISCOVER.COM Jan 25 2011 20:03:00       Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH 43054-3025
16181017     +EDI: RMSC.COM Jan 25 2011 20:03:00       GE Money Bank,    PO Box 981400,    El Paso, TX 79998-1400
16181018     +EDI: RMSC.COM Jan 25 2011 20:03:00       GE Money Bank,    PO Box 981430,    El Paso, TX 79998-1430
16181021     +E-mail/Text: bankruptcy@hraccounts.com                            H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
16181006      EDI: IRS.COM Jan 25 2011 20:03:00       Department of the Treasury,    Internal Revenue Service,
               POB 21126,    Philadelphia, PA 19114
16181030     +EDI: RESURGENT.COM Jan 25 2011 20:03:00       LVNV Funding LLC,    PO Box 10584,
               Greenville, SC 29603-0584
16181032     +EDI: MID8.COM Jan 25 2011 20:03:00       Midland Credit Management Inc,    8875 Aero Dr,    Ste 2,
               San Diego, CA 92123-2251
16181036     +EDI: NESF.COM Jan 25 2011 20:03:00       National Enterprise Systems,    29125 Solon Rd,
               Solon, OH 44139-3442
16181047     +EDI: RRSB.COM Jan 25 2011 20:03:00       Redline Recovery Services LLC,    95 John Muir Dr,
               Buffalo, NY 14228-1144
16181046     +EDI: RRSB.COM Jan 25 2011 20:03:00       Redline Recovery Services LLC,    11675 Rainwater Dr,
               Ste 350,    Alpharetta, GA 30009-8693
16181055     +EDI: AISTMBL.COM Jan 25 2011 19:58:00       TMobile,    PO box 742596,    Cincinnati, OH 45274-2596
16181058     +EDI: USCELLULAR.COM Jan 25 2011 20:03:00       US Cellular Corp,    PO Box 7835,
               Madison, WI 53707-7835
16181057     +EDI: URSI.COM Jan 25 2011 20:03:00       United Recovery Systems LP,    5800 North Course Dr,
               Houston, TX 77072-1613
16181059     +E-mail/Text: tkealy@vikingservice.com                             Viking Collection Service Inc,
               PO Box 59207,    Minneapolis, MN 55459-0207
16181062     +EDI: WESTASSET.COM Jan 25 2011 20:03:00       West Asset Management,    3432 Jefferson Ave,
               Texarkana, AR 71854-2747
                                                                                                TOTAL: 36

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16180995     ##+Citibank NA,    PO Box 87126,    Chicago, IL 60680-0126
16181002     ##+Credit Bureau of North America,    200 Creekside Dr,    Dickson, TN 37055-2176
16181015     ##+Gate.com,    3250 W. Commercial Blvd,    Ste 200,    Fort Lauderdale, FL 33309-3408
16181061     ##+Wells Fargo Financial AC,    3310 Hayden Rd,    Ste 107,    Scottsdale, AZ 85251-6647
                                                                                                TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: vrowe                Page 3 of 3              Date Rcvd: Jan 25, 2011
Case: 10-42811                 Form ID: b18               Total Noticed: 100
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 27, 2011**                    **Signature:**    *Joseph Speetjens*