# FORM 1
Case 10-42811  Doc 32  Filed 04/30/13  Entered 04/30/13 17:18:33  Desc Main
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 1 of 4
## ASSET CASES

Page: 1

Case No: 10-42811    Judge: A. BENJAMIN GOLDGAR  
Case Name: VALENTINE, DANIEL E  

For Period Ending: 04/30/13  

Trustee Name: RONALD R. PETERSON  
Date Filed (f) or Converted (c): 09/24/10 (f)  
341(a) Meeting Date: 11/22/10  
Claims Bar Date: 02/22/11  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Townhouse 607 Ascot Ln Streamwood, IL 60107 | 190,000.00 | 0.00 | | 0.00 | 0.00 | 311,500.00 | 15,000.00 |
| 2. personal cash | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. Checking Acct 7235593170 Fifth Third Bank P O Box | 81.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 81.00 |
| 4. Savings Acct 9234976455 Fifth Third Bank PO Box 63 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 5. Checking Acct 7235789497 Fifth Third Bank PO Box 6 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 6. PayPal Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Misc household goods and furnishings fully depreci | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 8. Misc wearing apparel fully depreciated | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 9. Miscellaneous used computer equipment fully deprec | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 10. Miscellaneous used BDSM equipment and fully deprec | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 11. Dan Valentine et al v. Nebuad, Inc. Case No. 08cv5 | 0.00 | 0.00 | | 2,731.02 | 0.00 | 0.00 | 0.00 |
| 12. Dan Valentine et al v. Wideopen West et al 09cv076 | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. Claim for wages against RMI Network Services, Inc. | 42,057.00 | 42,057.00 | | 0.00 | 42,057.00 | 0.00 | 0.00 |
| 14. Various and miscellaneous computer software progra | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 15. 99 Plymouth Grand Voyager mileage 189054 | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |

LFORM1EX      Ver: 17.01

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 10-42811 | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | | | Date Filed (f) or Converted (c): | 09/24/10 (f) |
| | | | | 341(a) Meeting Date: | 11/22/10 |
| | | | | Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 16. Various and miscellaneous used office equipment an | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $235,788.02 | $42,057.00 | | $2,731.03 | $42,057.00 | $311,500.00 | $18,731.02 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 01:04 pm.  Ongoing litigation.

Potential litigation in federal courts in Chicago and California.  Investigating.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

_____    Date: _____

RONALD R. PETERSON

LFORM1EX

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 10-42811 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8463  Checking Account |
| Taxpayer ID No: | *******2667 | | |
| For Period Ending: | 04/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,730.02 | | 2,730.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,728.34 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,726.60 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,724.92 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,723.18 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,713.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,703.18 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,693.18 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,730.02 | 36.84 | 2,693.18 |
| Less:  Bank Transfers/CD's | 2,730.02 | 0.00 | |
| Subtotal | 0.00 | 36.84 | |
| Less:  Payments to Debtors |  | 0.00 | |
| Net | 0.00 | 36.84 | |

Page Subtotals        2,730.02        36.84

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-42811 -ABG | Trustee Name: RONALD R. PETERSON |
| Case Name: VALENTINE, DANIEL E | Bank Name: BANK OF AMERICA, N.A. |
| | Account Number / CD #: *******9742 Money Market Account (Interest Earn |
| Taxpayer ID No: *******2667 | |
| For Period Ending: 04/30/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/27/12 | 11 | Computershare<br>P.O. Box 842003<br>Bston, Ma 02284-2003 | | 1149-000 | 2,731.02 | | 2,731.02 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.11 | 2,730.91 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,730.92 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.90 | 2,730.02 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,730.02 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,731.03 | 2,731.03 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,730.02 | |
| Subtotal | 2,731.03 | 1.01 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,731.03 | 1.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8463 | 0.00 | 36.84 | 2,693.18 |
| Money Market Account (Interest Earn - ********9742 | 2,731.03 | 1.01 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,731.03 | 37.85 | 2,693.18 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,731.03    2,731.03