# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
VALENTINE, DANIEL E § Case No. 10-42811 ABG
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-42811 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | VALENTINE, DANIEL E | |
| For Period Ending: | 07/11/13 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 09/24/10 (f) |
| 341(a) Meeting Date: | 11/22/10 |
| Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Townhouse 607 Ascot Ln Streamwood, IL 60107 | 190,000.00 | 0.00 | | 0.00 | 0.00 | 311,500.00 | 15,000.00 |
| 2. personal cash | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. Checking Acct 7235593170 Fifth Third Bank P O Box | 81.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 81.00 |
| 4. Savings Acct 9234976455 Fifth Third Bank PO Box 63 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 5. Checking Acct 7235789497 Fifth Third Bank PO Box 6 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 6. PayPal Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Misc household goods and furnishings fully depreci | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 8. Misc wearing apparel fully depreciated | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 9. Miscellaneous used computer equipment fully deprec | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 10. Miscellaneous used BDSM equipment and fully deprec | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 11. Dan Valentine et al v. Nebuad, Inc. Case No. 08cv5 | 0.00 | 0.00 | | 2,731.02 | 0.00 | 0.00 | 0.00 |
| 12. Dan Valentine et al v. Wideopen West et al 09cv076 | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. Claim for wages against RMI Network Services, Inc. | 42,057.00 | 42,057.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Various and miscellaneous computer software progra | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 10-42811 | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | VALENTINE, DANIEL E | | | Date Filed (f) or Converted (c): | 09/24/10 (f) |
| | | | | 341(a) Meeting Date: | 11/22/10 |
| | | | | Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 99 Plymouth Grand Voyager mileage 189054 | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 16. Various and miscellaneous used office equipment an | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown | 0.00 | 0.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets | |
| TOTALS (Excluding Unknown Values) | $235,788.02 | $42,057.00 | $2,731.03 | $0.00 | $311,500.00 | $18,731.02 |
| | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 01:04 pm. Ongoing litigation.

Potential litigation in federal courts in Chicago and California. Investigating.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/13

_____      Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-42811 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8463  Checking Account |
| Taxpayer ID No: | *******2667 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,730.02 | | 2,730.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,728.34 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,726.60 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,724.92 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,723.18 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,713.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,703.18 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,693.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,683.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,673.18 |

|  | COLUMN TOTALS | 2,730.02 | 56.84 | 2,673.18 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 2,730.02 | 0.00 | |
| | Subtotal | 0.00 | 56.84 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 56.84 | |

Page Subtotals        2,730.02        56.84

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 10-42811 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9742 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2667 | | |
| For Period Ending: | 07/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/12 | 11 | Computershare P.O. Box 842003 Bston, Ma 02284-2003 | | 1149-000 | 2,731.02 | | 2,731.02 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.11 | 2,730.91 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,730.92 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 0.90 | 2,730.02 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,730.02 | 0.00 |

|  | COLUMN TOTALS | 2,731.03 | 2,731.03 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 2,730.02 | |
|  | Subtotal | 2,731.03 | 1.01 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 2,731.03 | 1.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8463 | 0.00 | 56.84 | 2,673.18 |
| Money Market Account (Interest Earn - ********9742 | 2,731.03 | 1.01 | 0.00 |
| | 2,731.03 | 57.85 | 2,673.18 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,731.03 2,731.03

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 17.02e

LFORM24

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 11, 2013 |

Case Number: 10-42811  
Debtor Name: VALENTINE, DANIEL E

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002A 050 4300-00 | Department of the Treasury Internal Revenue Service POB 21126 Philadelphia, PA 19114 | Priority | Filed 12/02/10 | $3,735.73 | $0.00 | $3,735.73 |
| 000009A 050 4800-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Priority | Filed 12/20/10 | $270.04 | $0.00 | $270.04 |
| 000001 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 11/29/10 | $22,063.35 | $0.00 | $22,063.35 |
| 000002B 050 4300-00 | Department of the Treasury Internal Revenue Service POB 21126 Philadelphia, PA 19114 | Unsecured | Filed 12/02/10 | $110.10 | $0.00 | $110.10 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 12/04/10 | $936.33 | $0.00 | $936.33 |
| 000004 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 12/04/10 | $1,106.09 | $0.00 | $1,106.09 |
| 000005 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 12/04/10 | $1,023.39 | $0.00 | $1,023.39 |
| 000006 070 7100-00 | Central Dupage Hospital C/O H & R Accounts PO Box 672 Moline, IL 61265 | Unsecured | Filed 12/16/10 | $81.79 | $0.00 | $81.79 |
| 000007 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | Filed 12/16/10 | $6,426.92 | $0.00 | $6,426.92 |
| 000008 070 7100-00 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 248839 Oklahoma City, OK 73124-8839 | Unsecured | Filed 12/16/10 | $9,532.64 | $0.00 | $9,532.64 |
| 000009B 070 7100-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | Filed 12/20/10 | $26.90 | $0.00 | $26.90 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 11, 2013 |

Case Number: 10-42811  
Debtor Name: VALENTINE, DANIEL E  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Filed 01/12/11 | $2,477.66 | $0.00 | $2,477.66 |
| 000011 070 7100-00 | Dian Valentine<br>1212 Blue Ridge Ave<br>Rockford, IL 61101 | Unsecured | Filed 01/19/11 | $9,550.00 | $0.00 | $9,550.00 |
| 000012 070 7100-00 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | Filed 01/27/11 | $123.79 | $0.00 | $123.79 |
| 000013 070 7100-00 | American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Filed 02/01/11 | $317.03 | $0.00 | $317.03 |
| 000014 070 7100-00 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Filed 02/09/11 | $11,059.19 | $0.00 | $11,059.19 |
| 000015 070 7100-00 | American InfoSource LP as agent for<br>Asset Acceptance as assignee of<br>Citibank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | Filed 02/09/11 | $42,363.58 | $0.00 | $42,363.58 |
| 000016 070 7100-00 | FIA Card Services, NA/Bank of<br>America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 02/17/11 | $11,434.05 | $0.00 | $11,434.05 |
| 000017 080 7200-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 08/10/11 | $686.99 | $0.00 | $686.99 |
| | Case Totals: | | | $123,325.57 | $0.00 | $123,325.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-42811 ABG
Case Name: VALENTINE, DANIEL E
Trustee Name: RONALD R. PETERSON

    Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Department of the Treasury Internal Revenue Service POB 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |
| 000002B | Department of the Treasury Internal Revenue Service POB 21126 Philadelphia, PA 19114 | $ | $ | $ | $ |
| 000009A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |

    Total to be paid to secured creditors      $_____

    Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000006 | Central Dupage Hospital<br>C/O H & R Accounts<br>PO Box 672<br>Moline, IL 61265 | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000008 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000009B | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ | $ | $ |
| 000011 | Dian Valentine<br>1212 Blue Ridge Ave<br>Rockford, IL 61101 | $ | $ | $ |
| 000012 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | $ | $ | $ |
| 000013 | American InfoSource LP as agent for<br>US Cellular<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |
| 000014 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $ | $ | $ |
| 000015 | American InfoSource LP as agent for<br>Asset Acceptance as assignee of<br>Citibank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |
| 000016 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors  $_____

Remaining Balance  $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE