## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **DANIEL E. VALENTINE**, | ) | **CASE NO. 10-42811** |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | **Hearing Date: September 25, 2013** |
| | ) | **Hearing Time: 10:00 a.m.** |

### NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on Wednesday, September 25, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar in Courtroom 642 at the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Trustee's Application For Compensation And Expenses**. You may appear at that time and place if you so desire.

Dated: August 20, 2013

                                                 Respectfully submitted,

                                                 RONALD R. PETERSON not individually
                                                 but as chapter 7 case trustee for the
                                                 bankruptcy estate of Daniel E. Valentine

                                                 By:     */s/ Ronald R. Peterson*
                                                          Ronald R. Peterson

Ronald R. Peterson (02188473)
Jason N. Knapp (06295604)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: 312-840-7812
Facsimile: 312-840-7895

EXHIBIT E

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **DANIEL E. VALENTINE**, | ) | **CASE NO. 10-42811** |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | **Hearing Date: September 25, 2013** |
| | ) | **Hearing Time: 10:00 a.m.** |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

Ronald R. Peterson, Trustee herein, pursuant to 11 U.S.C. § 330, respectfully requests $682.76 for compensation and $1.36 for reimbursement of expenses in this estate, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $2,731.03. Pursuant to 11 U.S.C. § 326, compensation should be computed as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $682.76 |
| 10% of the next $45,000.00 | $0.00 |
| 5% of the next $950,000.00 ($47,500.00 Maximum) | $0.00 |
| TOTAL COMPENSATION | $682.76 |

### II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Trustee's Bond Premiums | $1.36 |
| TOTAL EXPENSES | $1.36 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above-captioned case.

                                  Respectfully submitted,

                                  By:    */s/ Ronald R. Peterson*
                                          RONALD R. PETERSON, not individually but as chapter 7 trustee for the bankruptcy estate of Daniel E. Valentine

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: (312) 923-2981
Facsimile: (312) 840-7381
E-mail: rpeterson@jenner.com