UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   10-42811 |
| | ) | |
| DANIEL E. VALENTINE, | ) | Chapter:  7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses is allowed as follows:

1. Compensation    $682.76
2. Expenses         $   1.36

    TOTAL          $684.12

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed above after this Court has executed this Order, and this Order has been entered into the Court's docket.

Enter:

**2 5 SEP 2013**

Dated:

United States Bankruptcy Judge

**Prepared by:**
Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654-3456
Telephone:  (312) 923-2981
Facsimile:  (312) 840-7381
E-mail:  rpeterson@jenner.com