## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| VALENTINE, DANIEL E | § | Case No. 10-42811 ABG |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/RONALD R. PETERSON _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Blatt Hasenmiller Liebsker & Moore 125 S. Wacker Drive Suite 400 Chicago, IL 60606-4440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates, PC 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Creditor #: 1 American Community Management Inc. 1908 Wright Blvd. Schaumburg, IL 60193 | | | | | |
| | Creditor #: 2 Citibank NA 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Creditor #: 3 Citimortgage PO Box 9438 Dept 0251 Gaithersburg, MD 20898 | | | | | |
| 000002B | DEPARTMENT OF THE TREASURY | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Department of Treasury Internal Revenue Serfvice Center Fresno, CA 93888 | | | | | |
| | Creditor #: 2 Illinois Department of Revenue Springfield, IL 62726 | | | | | |
| | Creditor #: 3 Illinois Department of Revenue PO Box 19034 Springfield, IL 62794 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AFNI Inc 404 Brock Dr PO Box 3517 Bloomington, IL 61702 | | | | | |
| | ARS National Services Inc PO Box 463023 Escondido, CA 92046 | | | | | |
| | Academy Collection Service Inc 10965 Decatur Rd Philadelphia, PA 19154 | | | | | |
| | Advanced Call Center Technologies PO Box 8457 Johnson City, TN 37615 | | | | | |
| | Alliance One Receivables Mgmt 4850 Street Rd Ste 300 Feasterville Trevose, PA 19053 | | | | | |
| | Allied Interstate PO Box 361477 Columbus, OH 43236 | | | | | |
| | Asset Acceptance LLC PO Box 2036 Warren, MI 48090 | | | | | |
| | Bitt & Gaines PC 661 Glenn Ave Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CB Accounts Inc 114 State St Ste 3C Peoria, IL 61602 | | | | | |
| | CBCS PO Box 69 Columbus, OH 43216 | | | | | |
| | CCB Credit Services PO Box 272 Springfield, IL 62705 | | | | | |
| | CU Recovery Inc 26263 Forest Blvd Wyoming, MN 55092 | | | | | |
| | Capital Management Services LP 726 Exchange St Ste 700 Buffalo, NY 14210 | | | | | |
| | Certified Services Inc 1733 Washington St 201 Waukegan, IL 60079 | | | | | |
| | Certified Services Inc 1733 Washington St 201 Waukegan, IL 60079 | | | | | |
| | Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Collectcorp Corp 455 North 3rd St Ste 260 Phoenix, AZ 85004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection Company of America 700 Longwater Dr Norwell, MA 02061 | | | | | |
| | Corporate Collections Services Inc PO Box 22630 Beachwood, OH 44122 | | | | | |
| | Credit Bureau of North America 200 Creekside Dr Dickson, TN 37055 | | | | | |
| | Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Credit Management LP 4200 International Pkwy Carrollton, TX 75007 | | | | | |
| | Credit Protection Association LP 13355 Noel Rd Dallas, TX 75240 | | | | | |
| | Creditor #: 1 1-800-Board Up 16525 W 159th St Ste 117 Lockport, IL 60441 | | | | | |
| | Creditor #: 10 Central DuPage Hospital 25 Winfield Rd Winfield, IL 60190 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 11 Central Dupage Hospital 25 Winfield Rd Winfield, IL 60190 | | | | | |
| | Creditor #: 12 Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 13 Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 14 Chase Card Services PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Creditor #: 15 Citibank NA Box 6000 The Lakes, NV 89163 | | | | | |
| | Creditor #: 16 Citibank NA 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Creditor #: 17 Citibank NA PO Box 87126 Chicago, IL 60680 | | | | | |
| | Creditor #: 18 Comcast Cable 508 W Route 120 McHenry, IL 60050 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 19 Dian Valentine 1212 Blue Ridge Ave Rockford, IL 61101 | | | | | |
| | Creditor #: 2 Advanta PO Box 8088 Philadelphia, PA 19101 | | | | | |
| | Creditor #: 20 DirecTV PO Box 9001068 Louisville, KY 40290 | | | | | |
| | Creditor #: 21 Discover Financial Services PO Box 15316 Wilmington, DE 19850 | | | | | |
| | Creditor #: 22 Gate.com 3250 W. Commercial Blvd Ste 200 Fort Lauderdale, FL 33309 | | | | | |
| | Creditor #: 23 GE Money Bank PO Box 981400 El Paso, TX 79998 | | | | | |
| | Creditor #: 24 GE Money Bank PO Box 981430 El Paso, TX 79998 | | | | | |
| | Creditor #: 25 GTE Mobilnet 6917 State St Rockford, IL 61108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 26 JH Stroger Jr Hospital Cook County 1900 Polk St Ste G-9 Chicago, IL 60612 | | | | | |
| | Creditor #: 27 JH Stroger Jr Hospital Cook County 1900 Polk St Ste G-9 Chicago, IL 60612 | | | | | |
| | Creditor #: 28 Northwest Community Hospital 800 Central Rd Arlington Heights, IL 60005 | | | | | |
| | Creditor #: 29 Orkin Inc 2260 Cornell Ave Aurora, IL 60506 | | | | | |
| | Creditor #: 3 AT&T PO Box 1827 Alpharetta, GA 30023 | | | | | |
| | Creditor #: 30 Rockford Bell Credit Union 702 Jefferson St Rockford, IL 61107 | | | | | |
| | Creditor #: 31 TMobile PO box 742596 Cincinnati, OH 45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 32 US Cellular Corp PO Box 7835 Madison, WI 53707 | | | | | |
| | Creditor #: 33 Washington Mutual Card Services PO Box 660433 Dallas, TX 75266 | | | | | |
| | Creditor #: 34 Wells Fargo Financial AC 3310 Hayden Rd Ste 107 Scottsdale, AZ 85251 | | | | | |
| | Creditor #: 35 Wide Open West PO Box 49309 Colorado Springs, CO 80949 | | | | | |
| | Creditor #: 36 Winnebago County Schools Credit Uni 4563 Hydraulic Rd Rockford, IL 61109 | | | | | |
| | Creditor #: 4 Bakal Dermatology Assoc SC 1585 Barrington Rd #605 Schaumburg, IL 60194 | | | | | |
| | Creditor #: 5 Bakal Dermatology Assoc SC 1585 Barrington Rd #605 Schaumburg, IL 60194 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 6 Bank of America PO Box 15726 Wilmington, DE 19886 | | | | | |
| | Creditor #: 7 Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Creditor #: 8 Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Creditor #: 9 Central DuPage Hospital 25 Winfield Rd Winfield, IL 60190 | | | | | |
| | ER Solutions INC 800 SW 39th St PO Box 9004 Renton, WA 98057 | | | | | |
| | Encore Receivable Management Inc 400 Rogers Rd PO Box 3330 Olathe, KS 66063 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Financial Asset Management Systems PO Box 451409 Atlanta, GA 31145 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 W Diehl Rd Ste 333 PO Box 3228 Naperville, IL 60566 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 W Diehl Rd Ste 333 PO Box 3228 Naperville, IL 60566 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | GC Services Limited Partnership 6330 Gulfton Houston, TX 77081 | | | | | |
| | H & R Accounts Inc 360 Miller Rd Hiawatha, IA 52233 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H & R Accounts Inc 7017 John Deere Pkwy Moline, IL 61265 | | | | | |
| | IC System Inc 444 Highway 96 East PO Box 64887 Saint Paul, MN 55164 | | | | | |
| | Infinity Group Receivables 3175 Satellite Blvd Bldg 600 Ste 340 Duluth, GA 30096 | | | | | |
| | Integrity Financial Partners Inc 4370 109th St Ste 100 Leawood, KS 66211 | | | | | |
| | LVNV Funding LLC PO Box 10584 Greenville, SC 29603 | | | | | |
| | Leading Edge Recovery Solutions LLC 5440 Cumberland Ave Ste 300 Chicago, IL 60656 | | | | | |
| | Linebarger Goggan Blair & Sampson PO Box 06268 Chicago, IL 60606 | | | | | |
| | Linebarger Goggan Blair & Sampson PO Box 06268 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MRS Associated Inc 1930 Olney Ave Cherry Hill, NJ 08003 | | | | | |
| | MRS Associated Inc 1930 Olney Ave Cherry Hill, NJ 08003 | | | | | |
| | Merchants Credit Guide Co 223 Jackson Blvd #900 Chicago, IL 60606 | | | | | |
| | Midland Credit Management Inc 8875 Aero Dr Ste 2 San Diego, CA 92123 | | | | | |
| | Midland Credit Management Inc 8875 Aero Dr Ste 2 San Diego, CA 92123 | | | | | |
| | Miramed Revenue Group 991 Oak Creek Dr Lombard, IL 60148 | | | | | |
| | NCO Financial Systems Inc 4740 Baxter Rd Virginia Beach, VA 23462 | | | | | |
| | NCO Financial Systems Inc 507 Prudential Rd Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Action Financial Services PO Box 9027 Buffalo, NY 14231 | | | | | |
| | National Enterprise Systems 29125 Solon Rd Solon, OH 44139 | | | | | |
| | Nationwide Credit Inc 4700 Vestal Pkwy E Vestal, NY 13850 | | | | | |
| | Nelson Watson & Assoc LLC 80 Merrimack St Lower Level Haverhill, MA 01830 | | | | | |
| | Northstar Location Services LLC 4285 Genesee St Buffalo, NY 14225 | | | | | |
| | PFG of Minnesota 7825 Washington Ave S Ste 310 Minneapolis, MN 55439 | | | | | |
| | Pellettieri & Associates LTD PO Box 536 Linden, MI 48451 | | | | | |
| | RPM Inc PO Box 598148 Chicago, IL 60659 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Redline Recovery Services LLC 11675 Rainwater Dr Ste 350 Alpharetta, GA 30009 | | | | | |
| | Redline Recovery Services LLC 95 John Muir Dr Buffalo, NY 14228 | | | | | |
| | Rollins Service Bureau PO Box 13230 Atlanta, GA 30324 | | | | | |
| | Sentry Credit Inc PO Box 12070 Everett, WA 98206 | | | | | |
| | Simm Associates Inc 800 Pencader Dr Newark, DE 19702 | | | | | |
| | Sunrise Credit Services Inc 260 Airport Plaza PO Box 9100 Farmingdale, NY 11735 | | | | | |
| | Tiburon Financial LLC PO Box 770 Boys Town, NE 68010 | | | | | |
| | United Collections Bureau Inc 5620 Southwyck Blvd Ste 206 Toledo, OH 43614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Recovery Systems LP 5800 North Course Dr Houston, TX 77072 | | | | | |
| | Viking Collection Service Inc PO Box 59207 Minneapolis, MN 55459 | | | | | |
| | West Asset Management 3432 Jefferson Ave Texarkana, AR 71854 | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000008 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CENTRAL DUPAGE HOSPITAL | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000011 | DIAN VALENTINE | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000014 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000010 | MIDLAND FUNDING LLC | | | | | |
| 000017 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-42811   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | VALENTINE, DANIEL E |
| For Period Ending: | 10/18/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 09/24/10 (f) |
| 341(a) Meeting Date: | 11/22/10 |
| Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Townhouse 607 Ascot Ln Streamwood, IL 60107 | 190,000.00 | 0.00 | | 0.00 | 0.00 | 311,500.00 | 15,000.00 |
| 2. personal cash | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 3. Checking Acct 7235593170 Fifth Third Bank P O Box | 81.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 81.00 |
| 4. Savings Acct 9234976455 Fifth Third Bank PO Box 63 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 5. Checking Acct 7235789497 Fifth Third Bank PO Box 6 | 0.01 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.01 |
| 6. PayPal Account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Misc household goods and furnishings fully depreci | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 8. Misc wearing apparel fully depreciated | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 9. Miscellaneous used computer equipment fully deprec | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 10. Miscellaneous used BDSM equipment and fully deprec | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 200.00 |
| 11. Dan Valentine et al v. Nebuad, Inc. Case No. 08cv5 | 0.00 | 0.00 | | 2,731.02 | 0.00 | 0.00 | 0.00 |
| 12. Dan Valentine et al v. Wideopen West et al 09cv076 | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. Claim for wages against RMI Network Services, Inc. | 42,057.00 | 42,057.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Various and miscellaneous computer software progra | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| | | | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-42811 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | VALENTINE, DANIEL E | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 09/24/10 (f) |
| 341(a) Meeting Date: | 11/22/10 |
| Claims Bar Date: | 02/22/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 99 Plymouth Grand Voyager mileage 189054 | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 16. Various and miscellaneous used office equipment an | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $235,788.02 | $42,057.00 | | $2,731.03 | $0.00 | $311,500.00 | $18,731.02 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 01:04 pm.  Ongoing litigation.

Potential litigation in federal courts in Chicago and California.  Investigating.

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/13

_____   Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-42811  -ABG | | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******8463  Checking Account |
| Taxpayer ID No: | *******2667 | | | | |
| For Period Ending: | 10/18/13 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 2,730.02 | | 2,730.02 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,728.34 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,726.60 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.68 | 2,724.92 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.74 | 2,723.18 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,713.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,703.18 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,693.18 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,683.18 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,673.18 |
| 10/07/13 | 030001 | Ronald R. Peterson Jenner & Block LLP 353 North Clark Chicago, Il 60654-34546 | Trustee's compensation | 2100-000 | | 682.76 | 1,990.42 |
| 10/07/13 | 030002 | Ronald R Peterson 353 North Clark Street Chicago, Il 60654-3456 | Trustee's Expenses | 2200-000 | | 1.36 | 1,989.06 |
| 10/07/13 | 030003 | Department of the Treasury Internal Revenue Service POB 21126 Philadelphia, PA 19114 | | 4300-000 | | 1,854.97 | 134.09 |
| 10/07/13 | 030004 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 4800-000 | | 134.09 | 0.00 |

| | | | Page Subtotals | | 2,730.02 | 2,730.02 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

Page:   2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          10-42811  -ABG
Case Name:      VALENTINE, DANIEL E

Trustee Name:                  RONALD R. PETERSON
Bank Name:                     ASSOCIATED BANK
Account Number / CD #:    *******8463  Checking Account

Taxpayer ID No:    *******2667
For Period Ending:  10/18/13

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,730.02 | 2,730.02 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 2,730.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,730.02 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,730.02 | |

Page Subtotals                    0.00                0.00

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-42811 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | VALENTINE, DANIEL E | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9742  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2667 | | |
| For Period Ending: | 10/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/27/12 | 11 | Computershare P.O. Box 842003 Bston, Ma 02284-2003 | | 1149-000 | 2,731.02 | | 2,731.02 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.11 | 2,730.91 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,730.92 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 0.90 | 2,730.02 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 2,730.02 | 0.00 |

|  | | COLUMN TOTALS | 2,731.03 | 2,731.03 | 0.00 |
|---|---|---|---|---|---|
| | | Less:  Bank Transfers/CD's | 0.00 | 2,730.02 | |
| | | Subtotal | 2,731.03 | 1.01 | |
| | | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 2,731.03 | 1.01 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8463 | 0.00 | 2,730.02 | 0.00 |
| Money Market Account (Interest Earn - *******9742 | 2,731.03 | 1.01 | 0.00 |
| | -------------------- | -------------------- | -------------------- |
| | 2,731.03 | 2,731.03 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        2,731.03        2,731.03

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*